# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

Gayl Ann Beller

Debtor,

Case No. 23-10979-MLB

**ORDER ON PRO HAC VICE APPLICATION**

This matter came before the Court on the Application for Leave to Appear Pro Hac Vice (the "Application") submitted by Anthony J. Napolitano seeking permission to appear and participate as counsel for Guy Foresman in the above-captioned matter. The Court having reviewed the Application, it is hereby

ORDERED that the Application is GRANTED. This Order is limited to the above-captioned matter only and does not extend the applicant's pro hac vice status to other bankruptcy and adversary proceedings before this Court.

///End of Order///